**Walter (June Bug) SIMPSON, Jr., Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Dec. 2, 1960.

Rehearing Denied March 24, 1961.

Leland H. Logan, Bowling Green, for appellant.

John B. Breckinridge, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Walter Simpson was convicted of the offense of unlawfully possessing intoxicating liquors. His punishment was fixed at a fine and imprisonment. He moves for appeal.

Upon examination of the record we find no reversible error.

The motion for appeal is overruled and the judgment is affirmed.